EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U. S. Attorney

OMER G. POIRIER
Assistant U. S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: omer.poirier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 06 2003

at __ o'clock and __ min __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00064 SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | (49 U.S.C. § 46505(e)) |
| PRINCESS SAMONTE ) | |
| Defendant. ) | |

INDICTMENT

Count 1

The Grand Jury Charges:

On or about January 24, 2003, in the District of Hawaii, the defendant PRINCESS K. SAMONTE, while attempting to board an aircraft, in and intended for operation in air transportation, within the special aircraft jurisdiction of the

United States, that is United Airlines, Flight 64, originating in Honolulu, Hawaii, and bound for San Francisco, California, did knowingly carry on and about her person a concealed dangerous weapon, to wit a loaded firearm.

All in violation of Title 49, United States Code, Section 46505.

### Count 2

The Grand Jury further charges:

On or about January 24, 2003, in the District of Hawaii, the defendant PRINCESS K. SAMONTE, who is not a licensed importer, licensed manufacturer, licensed dealer or licensed collector of firearms, knowingly delivered a firearm and ammunition, that is a loaded .25 caliber semi automatic pistol to United Airlines, a common carrier, for transportation in interstate commerce without providing written notice to United Airlines that the firearm and ammunition was being transported.

\\
\\
\\
\\
\\
\\
\\
\\

All in violation of Title 18, United States Code, Sections 922(e).

DATED: 2/6/03 , at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

*USA v. Samonte;*
"Indictment"