PROB 34
(1/92)

Report and Order Terminating Probation/
Supervised Release

# United States District Court

## FOR THE

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 8 2006

at _9_ o'clock and _10_ min. _A_ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

PRINCESS SAMONTE

Criminal No.  03-00064SOM-01

It appearing that the above named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on July 17, 2006, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

ROSANNE T. DONOHOE
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 17th day of July, 2006.

SUSAN OKI MOLLWAY
U.S. District Judge